**Joseph Anthony DIAZ; Luis Ramon Campas, Plaintiffs–Appellants,**

**v.**

**State of ARIZONA, a separate entity and in its capacity as the Arizona State Boxing Commission; Janet A. Napolitano, in her capacity as ex-Governor; Earl Vance Wilcox, in his individual and representative capacity as Ex–Special Assistant to the Governor; Mary Rose Wilcox, in her individual and representative capacity as ex-member of the Arizona State Boxing Commission and as Supervisor of District 5, Maricopa County Board of Su-**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

pervisors; John Montano, in his individual and representative capacity as the Ex–Executive Director and/or Assistant Director of the Arizona State Boxing Commission or Boxing Director; County of Maricopa, a municipal entity and in its capacity as the Maricopa County Board of Supervisors; Richard M. Romley, an ex-Acting Maricopa County Attorney; Peter McKinn, III, an individual and as an employee of Top Rank Incorporated; Top Rank Incorporated, a corporation, as a separate entity; Gabriel Esqueda, an individual and as an employee of Top Rank and/or Peter McKinn III; Bruce Trampler, an employee of Top Rank; Bob Arum, an employee of Top Rank, Defendants–Appellees.

No. 12–16103.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 14, 2014.*

Filed Feb. 19, 2014.

Edward Moriarity, Senior, Shandor Badaruddin, Moriarity Badaruddin & Booke LLC, Missoula, MT, Bradley L. Booke, Moriarity Badaruddin & Booke, Salt Lake City, UT, for Plaintiffs–Appellants.

Fred Monroe Zeder, Esquire, Arizona Attorney General's Office, Jorge Franco, Jr., Esquire, Bryan W. Goodman, Esquire, Christopher Reed Stovall, Jennings Haug & Cunningham, LLP, Thomas Lee Hudson, Esquire, John L. Blanchard, Esquire, William J. Maledon, Esquire, Grace Emma Rebling, Osborn Maledon, P.A., Phoenix, AZ, for Defendants–Appellees.

Before: TALLMAN and RAWLINSON, Circuit Judges, and GARBIS, Senior District Judge.**

MEMORANDUM ***

Joseph Diaz and Luis Campas brought a 20–count, 51–page complaint against a dozen defendants. Diaz and Campas claim that one defendant wrote them a bad check, and that when they tried to have that defendant prosecuted, the other defendants retaliated against them by, among other things, taking away their boxing licenses. (Diaz is a trainer and Campas a boxer.) The district court granted the defendants' motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Campas and Diaz appeal. Jurisdiction lies under 28 U.S.C. § 1291. We review de novo, *Knievel v. ESPN,* 393 F.3d 1068, 1072 (9th Cir.2005), and affirm for the reasons stated by the district court.

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Marvin J. Garbis, Senior District Judge for the United States District Court for the District of Maryland, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Cir. R. 36–3.